**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF

**City** Milford & Malden    **Related Case Information:**

**County** Worcester & Middlesex

Superseding Ind./ Inf.     Case No.
Same Defendant     New Defendant
Magistrate Judge Case Number    24-8511 & 8507-PGL
Search Warrant Case Number    24-8307-PGL
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: Joao Victor Da Silva Soares    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State)

Birth date (Yr only): 2003    SSN (last4#):    Sex:    Race:    Nationality:

**Defense Counsel if known:**     Address:

**Bar Number**

**U.S. Attorney Information:**

**AUSA** John Reynolds & Michael Crowley    Bar Number if applicable

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Portuguese

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of    in
☐ Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:    on

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 01/08/2025    Signature of AUSA: /s/ John Reynolds

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Joao Victor Da Silva Soares

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to deal firearms without a license | I |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____